```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 28457
   CHRISTINE M KONOPKA
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

            Debtor
     SSN XXX-XX-4957


------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/19/05 and confirmed on 09/09/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 111888.63 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
HARRIS BANK CONSUMER LOA CURRENT MORTG          .00           .00             .00
HARRIS BANK CONSUMER LOA SECURED                .00           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED           832.13           .00          832.13
FIA CARD SERVICES        UNSECURED        NOT FILED           .00             .00
FIA CARD SERVICES        UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA UNSECURED           8669.20          .00          8669.20
VISA                     UNSECURED        NOT FILED           .00             .00
SMC                      UNSECURED           2312.08          .00          2312.08
ECAST SETTLEMENT CORPORA UNSECURED          11694.70          .00         11694.70
RESURGENT CAPITAL SERVIC UNSECURED           6630.06          .00          6630.06
ECAST SETTLEMENT CORPORA UNSECURED           9815.26          .00          9815.26
ECAST SETTLEMENT CORPORA UNSECURED          11536.04          .00         11536.04
RESURGENT CAPITAL SERVIC UNSECURED          14255.14          .00         14255.14
CITIBANK NA              UNSECURED        NOT FILED           .00             .00
CREDIT CARD SERVICES     UNSECURED        NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED          10289.17          .00         10289.17
FLEET                    UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT CORPORA UNSECURED           6477.94          .00          6477.94
KOHLS                    UNSECURED            583.57          .00           583.57
MARSHALL FIELD           UNSECURED           2930.73          .00          2930.73
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
NEXTCARD PAYMENT SERVICE UNSECURED        NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED           5792.11          .00          5792.11
SHELL MASTERCARD         UNSECURED        NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED           1105.64          .00          1105.64
RESURGENT CAPITAL SERVIC UNSECURED          12880.77          .00         12880.77
HARRIS BANK CONSUMER LOA UNSECURED            294.82          .00           294.82
            Summary of disbursements:
```

```
                    SECURED      PRIORITY    UNSECURED         OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00    106099.36           .00    106099.36
PRINCIPAL PAID          .00           .00    106099.36           .00    106099.36
INTEREST PAID           .00           .00          .00           .00          .00
TOTAL PAID              .00           .00    106099.36           .00    106099.36
```

The Debtor's attorney, BENJAMIN BERNEMAN & BROM LTD  , was allowed $       .00 and was paid $       .00 .

The Trustee received $   5789.27 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/12/08                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
          CASE NO. 05 B 28457 CHRISTINE M KONOPKA